No. 98–5203 (A–47). THOMPSON v. CALDERON, WARDEN. C. A. 9th Cir. Application for stay of execution of sentence of death, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied. Certiorari denied.

JULY 17, 1998

No. 97–9463. LUCAS v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari dismissed under this Court's Rule 46.

JULY 20, 1998

No. 97–1984. STINSON, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF STINSON, DECEASED v. STATE AUTOMOBILE INSURANCE CO. C. A. 6th Cir. Certiorari dismissed under this Court's Rule 46.

JULY 22, 1998

No. A–300. EYOUM v. IMMIGRATION AND NATURALIZATION SERVICE. Application for bail, addressed to JUSTICE STEVENS and referred to the Court, denied.

No. A–888 (97–1856). PARNAR v. LAW OFFICES OF JOHN A. CHANIN. Sup. Ct. Haw. Application for stay, addressed to THE CHIEF JUSTICE and referred to the Court, denied.